[S. F. No. 15118. In Bank.—May 28, 1934.]

In re Application of J. A. BRIED for Admission to Practice Law.

Harold P. Ballf, Harry A. Ballf, John R. Asher and J. A. Bried, *in pro. per.*, and Donald Mitchell Kitzmiller, Charles R. Collins and Stanley B. Fish for Petitioners.

Alfred L. Bartlett for Respondents.

THE COURT.— On the authority of *In the Matter of an Investigation of the Conduct of the Examination for Admission to Practice Law*, Misc. No. 1280, *ante*, p. 61 [33 Pac. (2d) 829], the petitions for writs of review in the above-entitled matters and the motion for admission to the bar in S. F. No. 15118 are discharged.